*Exhibit 2*

## U.S. Patent No. 7,098,483
### ("'483 Patent")

**Accused Products**

The Nichia NVSW219CT LED Package ("NVSW219CT") infringes at least Claims 11 and 14-16 of the '483 Patent.

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| 11[pre]. A light emitting diode (LED) assembly for high temperature operation comprising: | The NVSW219CT constitutes an LED assembly. The remainder of the preamble is not limiting.<br><br>The NVSW219CT is an assembly for high temperature operation because it meets the structural limitations recited in claim elements 11[a]-11[e], as shown in further detail below. |
| 11[a]. a metal base, the metal base including a thermal connection surface; | The NVSW219CT contains a metal base including a thermal connection surface, as shown in the optical and x-ray images of the NVSW219CT below.<br><br>***"a metal base"***<br><br>The ▮▮▮▮▮▮▮ metal at the bottom of the NVSW219CT, shown in the optical and x-ray images below, is the "metal base" recited in claim 11.<br><br>**REDACTED** |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | **REDACTED** |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | ***"the metal base including a thermal connection surface"***<br>The metal base of the NVSW219CT includes a thermal connection surface, as shown in the optical and x-ray images below. REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| 11[b]. at least one LED die, the LED die having a pair of electrodes overlying and electrically insulated from the metal base by an insulating layer, the die thermally coupled through the metal base to the thermal connection surface; | The NVSW219CT contains at least one LED die, the LED die having a pair of electrodes overlying and electrically insulated from the metal base by an insulating layer, the die is thermally coupled through the metal base to the thermal connection surface.<br><br>**"at least one LED die"**<br><br>As shown in the x-rays of the NVSW219CT below, the product contains at least one LED die.<br><br># REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | ***"the LED die having a pair of electrodes"***<br><br>As shown in the x-ray image of the NVSW219CT below, the at least one LED die has a pair of electrodes: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | ***"a pair of electrodes overlying and electrically insulated from the metal base by an insulating layer"***<br><br>As shown in the x-ray image of the NVSW219CT below, the pair of electrodes of the LED die are overlying and electrically insulated from the metal base by an insulating layer.<br><br>The pair of electrodes are overlying the metal base because, as shown in the x-ray below, they are ████████████████████████████████████████████<br><br>The pair of electrodes of the LED die are also electrically insulated from the metal base through the below-indicated insulating layer. The specification for the NVSW219CT indicates that the product ████████████████████████████████████████████ ██ ████████████████████████████████████████████ ████████████████████████████████████ .<br><br># REDACTED |

---

[1] Nichia Corporation, NVSW219CT Specification, at 8, http://www.nichia.co.jp/specification/products/led_spec/NVSW219CT-E(3555F)Rnn%20R70%20R8000%20R9050.pdf.

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
|  | ***"the die is thermally coupled through the metal base to the thermal connection surface"***<br><br>The LED die is thermally coupled through the metal base to the thermal connection surface by way of the ██████████ ██████████████ Thus, the LED die is thermally coupled to the metal base ████████████████████████████████ ████████████████████████████████ the LED die is thermally coupled through the metal base to the thermal connection surface.<br><br># REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| 11[c]. a layer of electrically insulating material overlying the metal base, wherein the layer of electrically insulating material includes at least one opening to house the LED die; | The NVSW219CT contains a layer of electrically insulating material overlying the metal base, wherein the layer of electrically insulating material includes at least one opening to house the LED die. <br><br> ***"a layer of electrically insulating material"*** <br><br> In addition to the insulating layer between the metal base and the LED, discussed in limitation 11[b] above, the NVSW219CT also contains a "layer of electrically insulating material" that surrounds and houses the LED die. This layer of electrically insulating material is shown below in the x-ray and optical images of the NVSW219CT. <br><br> REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | # REDACTED<br><br>***"overlying the metal base"***<br><br>The layer of electrically insulating material identified in the x-ray and optical images above is overlying the metal base ████████████████████████████ ████████████ |

| Claim 11 | Nichia NVSW219CT LED Package |
|----------|------------------------------|
|  | ***"the layer of electrically insulating material includes at least one opening to house the LED die"*** |
|  | The layer of electrically insulating material overlying the metal base includes at least one opening to house the LED die. As shown in the x-ray and optical images of the NVSW219CT below, the layer of electrically insulating material ▮▮▮▮▮▮▮▮▮▮ has an opening where the LED die is housed. <br><br> # REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|----------|------------------------------|
| | REDACTED **REDACTED** |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| 11[d]. a plurality of conductive traces insulated from the metal base, the LED electrodes electrically connected to the conductive traces; and | The NVSW219CT contains a plurality of conductive traces insulated from the metal base, and the LED electrodes are electrically connected to the conductive traces.<br><br>**"*a plurality of conductive traces*"**<br><br>As shown in the below x-ray of the NVSW219CT, the product contains a plurality of conductive traces. The LED die contains ▬▬▬▬▬▬▬▬<br><br>**REDACTED** |

| Claim 11 | Nichia NVSW219CT LED Package |
|----------|------------------------------|
|          | ***"insulated from the metal base"***<br><br>As shown in the x-ray of the NVSW219CT below, the plurality of conductive traces are insulated from the metal base ███████████████████████<br><br># REDACTED<br><br><br><br>Further, as shown in the x-ray of the NVSW219CT below, ████████████████<br><br># REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | ***"the LED electrodes electrically connected to the conductive traces"***<br><br>As shown in the x-ray of the NVSW219CT below, the LED electrodes, ████████ ████████ are electrically connected to the identified conductive traces ████ The traces are each electrically connected ████████████████ ████ of the NVSW219CT, and thus form part of the electrical path.<br><br># REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | **REDACTED**<br><br>**REDACTED** |

---

2 Nichia Corporation, NVSW219CT Specification, at 8, http://www.nichia.co.jp/specification/products/led_spec/NVSW219CT-E(3555F)Rnn%20R70%20R8000%20R9050.pdf.

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| 11[e]. one or more isolated terminals formed on the metal base, the one or more isolated terminals electrically connected to decoder/driver electronics that control the LED electrodes, wherein the electronics are mounted within the assembly. | The NVSW219CT contains one or more isolated terminals formed on the metal base, the one or more isolated terminals electrically connected to decoder/driver electronics that control the LED electrodes, wherein the electronics are mounted within the assembly when incorporated into a luminaire.<br><br>"*one or more isolated terminals*"<br><br>The isolated terminals of the NVSW219CT are identified in the below x-ray and optical images of the product. REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | ***"formed on the metal base"***<br><br>The isolated terminals of the NVSW219CT are "formed on the metal base." As shown in the optical image of the NVSW219CT below.<br><br>**REDACTED** |

| Claim 11 | Nichia NVSW219CT LED Package |
|----------|------------------------------|
|          | **REDACTED**                 |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | "***the one or more isolated terminals electrically connected to decoder/driver electronics that control the LED electrodes, wherein the electronics are mounted within the assembly***" <br><br> The one or more isolated terminals of the NVSW219CT are electrically connected to decoder/driver electronics that control the LED electrodes, wherein the electronics are mounted within the assembly. <br><br> For instance, the NVSW219CT contains ▮▮▮▮▮▮▮ mounted within the assembly and electrically connected to the isolated terminals ▮▮▮▮▮ ▮▮▮▮▮ This ▮▮▮▮▮ controls the LED electrodes. The below x-ray images of the NVSW219CT show the ▮▮▮▮▮▮▮▮▮ in the product.  **REDACTED** <br><br> # REDACTED |

| Claim 11 | Nichia NVSW219CT LED Package |
|----------|------------------------------|
| | **REDACTED** |

| Claim 11 | Nichia NVSW219CT LED Package |
|----------|------------------------------|
| | The one or more isolated terminals are electrically connected to the ███████████. As shown in the below x-rays of the NVSW219CT Package, the ███████████ ███████████, ███████████ are electrically connected to the isolated terminals (<br><br>**REDACTED** |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | **REDACTED** |

| Claim 14 | Nichia NVSW219CT LED Package |
|---|---|
| 14. The LED assembly of claim 11 wherein the LED die is a flip-chip. | The NVSW219CT contains an LED die that is a flip-chip. As shown in the x-ray image of the product below. ▮▮▮▮▮▮▮▮ The LED die is thus a flip-chip.<br><br>REDACTED |

| Claim 15 | Nichia NVSW219CT LED Package |
|---|---|
| 15. The LED assembly of claim 13 wherein the flip-chip is bonded to the traces by conductive balls comprising solder or gold. | The flip-chip LED of the NVSW219CT is bonded to the traces by conductive balls comprising solder or gold. ██████████████████████████ .3  **REDACTED** |

---

3 Claim 15's reference to the "assembly of claim 13" is a typographical error that should reference "the assembly of claim 14." Claim 13 does not mention the "flip-chip" recited in claim 15, and claim 14 is the only other claim depending from claim 11 that does so. It is thus evident from the face of the '483 Patent that claim 15 is intended to depend from claim 14 instead of claim 13.

| Claim 15 | Nichia NVSW219CT LED Package |
|---|---|
| | As discussed in more detail above under claim limitation 11[d], there are conductive traces connected to the electrodes ███████████████ These conductive traces are connected to the LED die through the conductive balls.<br><br>**REDACTED** |

| Claim 16 | Nichia NVSW219CT LED Package |
|---|---|
| 16. The LED assembly of claim 11 further comprising vias in the insulating layer, the vias electrically connecting the traces to the isolated terminals. | The NVSW219CT contains vias in the insulating layer which electrically connect the traces to the isolated terminals.<br><br>***"vias in the insulating layer"***<br><br>As shown in the x-ray image of the NVSW219CT below, the product contains vias in the insulating layer.<br><br># REDACTED |

| Claim 16 | Nichia NVSW219CT LED Package |
|----------|------------------------------|
| | ***"the vias electrically connecting the traces to the isolated terminals"***<br><br>The vias electrically connect the conductive traces to the isolated terminals.<br><br># REDACTED |