*Exhibit 4*

## U.S. Patent No. 7,095,053
### ("'053 Patent")

**Accused Products**

The Nichia NVSW219CT LED Package ("NVSW219CT") infringes at least Claims 1-2, 4-5, 7, 11-12, 14, 16-17, 19-20, 22, 26-27, and 29 of the '053 Patent.

| Claim 1 | Nichia NVSW219CT LED Package |
|---|---|
| 1[Pre]. A packaged LED for high temperature operation comprising: | The NVSW219CT is a packaged LED. The remainder of the preamble is not limiting. The NVSW219CT is a packaged LED for high temperature operation because it meets the structural limitations recited in claim elements 1[a]-1[e], as shown in further detail below. |
| 1[a]. a metal base, the metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads; | The NVSW219CT contains a metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads, as shown in the optical and x-ray images of the NVSW219CT below.<br><br>***"a metal base"***<br><br>The [REDACTED] at the bottom of the NVSW219CT, shown in the images below, together constitute the "metal base." [REDACTED]<br><br>REDACTED |

| Claim 1 | Nichia NVSW219CT LED Package |
|---|---|
| | **REDACTED**<br><br>**REDACTED**<br><br>***"the metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads"***<br><br>The ████████ metal at the bottom of the NVSW219CT, which form the "metal base," include at their ████████, a thermal connection pad and a pair of electrical connection pads, as labeled and shown in the x-ray and optical images below. ████████<br>████████████████████████<br><br>**REDACTED** |

| Claim 1 | Nichia NVSW219CT LED Package |
|---|---|
| | **REDACTED**<br><br>**REDACTED** |
| 1[b]. a layer of ceramic overlying the metal base; and | The NVSW219CT contains a layer of ceramic overlying the metal base, as shown in the x-ray image of the product below.<br><br>*"a layer of ceramic"*<br><br>As shown in the x-ray of the NVSW219CT below, the product contains a layer of ceramic.<br><br>**REDACTED**<br><br>**REDACTED** |

| Claim 1 | Nichia NVSW219CT LED Package |
|---|---|
|  | The specification for the NVSW219CT indicates that the product ████████████████ ████████████████████████ **"overlying the metal base"** The ceramic layer identified in the x-ray above is overlying the metal base ████████ ████████████████████ |
| 1[c]. an LED mounted on the ceramic layer, | The NVSW219CT has an LED mounted on the ceramic layer, as shown in the x-ray of the product below. ████████████████████████ **REDACTED** ᴿᴱᴰ |

¹ Nichia Corporation, NVSW219CT Specification, at 8, http://www.nichia.co.jp/specification/products/led_spec/NVSW219CT-E(3555F)Rnn%20R70%20R8000%20R9050.pdf.

| Claim 1 | Nichia NVSW219CT LED Package |
|---|---|
| 1[d]. wherein the LED includes a pair of electrodes electrically connected to respective underlying electrical connection pads, | The LED in the NVSW219CT includes a pair of electrodes electrically connected to respective underlying electrical connection pads. <br><br> *"a pair of electrodes"* <br><br> As shown in the x-ray image of the NVSW219CT below, the LED die has a pair of electrodes: <br><br> REDACTED |

| Claim 1 | Nichia NVSW219CT LED Package |
|---|---|
|  | ***"electrically connected to respective underlying electrical connection pads"***<br><br>The electrodes are electrically connected to respective underly███████████████████ ██████████, as shown in the x-ray of the NVSW219CT below.<br><br>REDACTED |

| Claim 1 | Nichia NVSW219CT LED Package |
|---|---|
| 1[e]. and wherein the LED is thermally coupled to the metal base by one or more thermal vias, and thermally coupled through the metal base to the thermal connection pad. | The LED in the NVSW219CT is thermally coupled to the metal base by one or more thermal vias, and thermally coupled through the metal base to the thermal connection pad.<br><br>**"the LED is thermally coupled to the metal base by one or more thermal vias"**<br><br>As shown in the x-ray of the NVSW219CT below, the thermal via (together with the ceramic layer) thermally couples the LED die to the metal base.<br><br># REDACTED<br><br>**REDACTED**<br><br>**"the LED is . . . thermally coupled through the metal base to the thermal connection pad"**<br><br>The thermal via (together with the ceramic layer) also thermally couples the LED die through the metal base to the thermal connection pad, which as shown in the ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ the metal base. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

| Claim 2 | Nichia NVSW219CT LED Package |
|---|---|
| 2. The packaged LED of claim 1 wherein the underlying electrical connection pads and the underlying thermal connection pad are coplanar to permit surface mounting on corresponding pads of a PC board. | The underlying electrical connection pads and the underlying thermal connection pad in the NVSW219CT are coplanar to permit surface mounting on corresponding pads of a PC board, as shown in the x-ray images and excerpted figure below.<br><br>REDACTED<br><br>REDACTED |

| Claim 2 | Nichia NVSW219CT LED Package |
|---|---|
|  | The NVSW219CT Specification confirms that the thermal connection pad and electrical connection pads are coplanar to permit surface mounting on corresponding pads of a PC board ("PCB"): "The [NVSW219CT] is designed to be reflow soldered to a PCB."[2] The Specification goes into extensive detail about PCB surface mounting and provides a recommended solder pad layout for surface mounting, as shown in the excerpted image below.[3] <br><br> ● Recommended Soldering Pad Pattern <br><br>  <br><br> Excerpt from NVSW219CT Specification |

---

[2] Nichia Corporation, NVSW219CT Specification, at 9-10, http://www.nichia.co.jp/specification/products/led_spec/NVSW219CT-E(3555F)Rnn%20R70%20R8000%20R9050.pdf.

[3] *Id.*

| Claim 4 | Nichia NVSW219CT LED Package |
|---|---|
| 4. The packaged LED of claim 1 wherein at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including an insulated conducting via through the metal base. | In the NVSW219CT package, at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including an insulating conducting via through the metal base.<br><br>***"at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including an insulated conducting via"***<br><br>As shown in the x-rays of the NVSW219CT below, the electrical paths that connect the electrodes to the metal base include an insulated conducting via. REDACTED<br><br>***"through the metal base"***<br><br>As shown in the x-rays of the NVSW219CT above, the electrical path (which includes an insulated conducting via as shown above) connects the LED die to the electrical connection pad through the metal base |

| Claim 5 | Nichia NVSW219CT LED Package |
|---|---|
| 5. The packaged LED of claim 1 wherein at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including the metal base. | In the NVSW219CT, at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including the metal base.<br><br>REDACTED |

| Claim 7 | Nichia NVSW219CT LED Package |
|---|---|
| 7[Pre]. A packaged LED for high temperature operation comprising: | The NVSW219CT is a packaged LED. The remainder of the preamble is not limiting. The NVSW219CT is a packaged LED for high temperature operation because it meets the structural limitations recited in claim elements 7[a]-7[e], as shown in further detail below. |
| 7[a]. a metal base, the metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads; | The NVSW219CT contains a metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads, as shown in the optical and x-ray images of the NVSW219CT below.<br><br>*"a metal base"*<br><br>The ▮▮▮▮▮▮▮ metal at the bottom of the NVSW219CT, shown in the images below, together constitute the "metal base." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮<br><br>**REDACTED** |

| Claim 7 | Nichia NVSW219CT LED Package |
|---|---|
|  | REDACTED<br><br>***"the metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads"***<br><br>The [REDACTED] metal at the bottom of the NVSW219CT, which form the "metal base," include [REDACTED], a thermal connection pad and a pair of electrical connection pads, as labeled and shown in the x-ray and optical images below. Each of these pads is "underlying" the metal base [REDACTED]<br><br>REDACTED |

| Claim 7 | Nichia NVSW219CT LED Package |
|---|---|
| | **REDACTED** |
| 7[b]. a layer of ceramic overlying the metal base; and | The NVSW219CT contains a layer of ceramic overlying the metal base, as shown in the x-ray image of the product below.<br><br>*"a layer of ceramic"*<br><br>As shown in the x-ray of the NVSW219CT below, the product contains a layer of ceramic.<br><br>**REDACTED** |

| Claim 7 | Nichia NVSW219CT LED Package |
|---|---|
| | The specification for the NVSW219CT indicates that the product ██████████████████████████████ ██████████████████████████████████████████████████ <br><br> *"overlying the metal base"* <br><br> The ceramic layer identified in the x-ray above is overlying the metal base ████████████ ██████████████████████████████████ |
| 7[c]. an LED having a pair of electrodes overlying the metal base, | The LED in the NVSW219CT includes a pair of electrodes overlying the metal base. <br><br> *"pair of electrodes"* <br><br> As shown in the x-ray image of the NVSW219CT below, the LED die ███████████████ ██████████████████████████████████ <br><br> # REDACTED <br><br> *"overlying the metal base"* <br><br> As shown in the x-ray of the NVSW219CT above, the pair of electrodes are overlying the metal base ████████████████████████████████████ |

[4] Nichia Corporation, NVSW219CT Specification, at 8, http://www.nichia.co.jp/specification/products/led_spec/NVSW219CT-E(3555F)Rnn%20R70%20R8000%20R9050.pdf.

| Claim 7 | Nichia NVSW219CT LED Package |
|---|---|
| 7[d]. wherein the LED is thermally coupled through the metal base to the thermal connection pad | The LED in the NVSW219CT is thermally coupled through the metal base to the thermal connection pad. <br><br> As shown below in the x-ray of the NVSW219CT, the LED die is thermally coupled through the metal base to the thermal connection surface ███████████ <br> ████████████████████████████ <br> ███████████ <br><br> Furthermore, ███████████████████ <br> ███████████████ the LED die is thermally coupled through the metal base to the thermal connection surface. <br><br> # REDACTED |

| Claim 7 | Nichia NVSW219CT LED Package |
|---------|------------------------------|
|         | REDACTED |

| Claim 7 | Nichia NVSW219CT LED Package |
|---|---|
| 7[e]. and at least one electrode is electrically connected to at least one of the underlying electrical connection pads by an electrical path including an insulated conducting via through the metal base. | In the NVSW219CT, at least one electrode of the LED is electrically connected to at least one of the underlying electrical connection pads by an electrical path including an insulated conducting via through the metal base.<br><br>***"at least one electrode is electrically connected to at least one of the underlying electrical connection pads by an electrical path including an insulated conducting via"***<br><br>As shown in the x-rays of the NVSW219CT below, the electrical path that connects the electrode to the metal base includes an insulated conducting via. <br><br>REDACTED<br><br>***"through the metal base"***<br><br>As shown in the x-rays of the NVSW219CT above, the electrical path (including insulated conducting vias) that connects the LED die to the electrical connection pad runs through the metal base. |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| 11. The packaged LED of claim 7, wherein the underlying electrical connection pads and the underlying thermal connection pad are coplanar to permit surface mounting on corresponding pads of a PC board. | The underlying electrical connection pads and the underlying thermal connection pad in the NVSW219CT are coplanar to permit surface mounting on corresponding pads of a PC board, as shown in the x-ray, optical image, and excerpted figure below.<br><br>**REDACTED**<br><br>**REDACTED**<br>s<br>c<br>c |

| Claim 11 | Nichia NVSW219CT LED Package |
|---|---|
| | The NVSW219CT Specification confirms that the thermal connection pad and electrical connection pads are coplanar to permit surface mounting on corresponding pads of a PC board ("PCB"): "The [NVSW219CT] is designed to be reflow soldered to a PCB."[5] The Specification goes into extensive detail about PCB surface mounting and provides a recommended solder pad layout for surface mounting, as shown in the excerpted image below.[6]<br><br><br><br>Excerpt from NVSW219CT Specification |

---

[5] Nichia Corporation, NVSW219CT Specification, at 9-10, http://www.nichia.co.jp/specification/products/led_spec/NVSW219CT-E(3555F)Rnn%20R70%20R8000%20R9050.pdf.

[6] *Id.*

| Claim 12 | Nichia NVSW219CT LED Package |
|---|---|
| 12[a] The packaged LED of claim 7, wherein the LED is mounted on the ceramic layer overlying the thermal connection pad | The NVSW219CT has an LED mounted on the ceramic layer overlying the thermal connection pad.<br><br>***"the LED is mounted on the ceramic layer"***<br><br>As shown in the x-ray of the NVSW219CT below, the LED is mounted on the ceramic layer ████████████████████████████ REDACTED<br><br>**REDACTED**<br><br>***"overlying the thermal connection pad"***<br><br>As shown in the x-ray of the NVSW219CT above, the thermal conne████████████████ ███████████████ The LED mounted on the ceramic layer is thus overlying the thermal connection pad ███████████████ |

.

| Claim 12 | Nichia NVSW219CT LED Package |
|---|---|
| 12[b] and the LED is thermally coupled by one or more thermal vias to the metal base overlying the thermal connection pad. | The LED in the NVSW219CT is thermally coupled by one or more thermal vias to the metal base overlying the thermal connection pad.<br><br>***"the LED is thermally coupled by one or more thermal vias to the metal base"***<br><br>As shown in the x-ray of the NVSW219CT below, the thermal via ██████████ thermally couples the LED die to the metal base.<br><br>**REDACTED**<br><br>***"overlying the thermal connection pad"***<br><br>As shown in the x-ray of the NVSW219CT above, the thermal conne████████ ████████████████████ The metal base is thus overlying the thermal connection pad ████ |

| Claim 14 | Nichia NVSW219CT LED Package |
|---|---|
| 14. The packaged LED of claim 7, wherein at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including the metal base. | See evidence and analysis for claim 5, above. |

| Claim 16 | Nichia NVSW219CT LED Package |
|---|---|
| 16[pre] A packaged LED for high temperature operation comprising: | The NVSW219CT is a packaged LED. The remainder of the preamble is not limiting. The NVSW219CT is a packaged LED for high temperature operation because it meets the structural limitations recited in claim elements 16[a]-16[e], as shown in further detail below. |
| 16[a] a metal base, the metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads; | See evidence and analysis for claim limitation 1[a], above. |
| 16[b] a layer of electrically insulating material overlying the metal base; and | See evidence and analysis for claim limitation 1[b], above.<br><br>Claim limitation 1[b] shows that the NVSW219CT contains a ceramic layer overlying the metal base. This ceramic material is electrically insulating. |
| 16[c] an LED mounted on the layer of electrically insulating material, | See evidence and analysis for claim limitation 1[c], above.<br><br>Claim limitation 1[c] shows that the LED is mounted on a ceramic layer. This ceramic material is electrically insulating. |

| Claim 16 | Nichia NVSW219CT LED Package |
|---|---|
| 16[d] wherein the LED includes a pair of electrodes electrically connected to respective underlying electrical connection pads, and | See evidence and analysis for claim limitation 1[d], above. |
| 16[e] wherein the LED is thermally coupled to the metal base by one or more thermal vias, and thermally coupled through the metal base to the thermal connection pad. | See evidence and analysis for claim limitation 1[e], above. |

| Claim 17 | Nichia NVSW219CT LED Package |
|---|---|
| 17. The packaged LED of claim 16, wherein the underlying electrical connection pads and the underlying thermal connection pad are coplanar to permit surface mounting on corresponding pads of a PC board. | See evidence and analysis for claim 2, above. |

| Claim 19 | Nichia NVSW219CT LED Package |
|---|---|
| 19. The packaged LED of claim 16, wherein at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including an insulated conducting via through the metal base. | See evidence and analysis for claim 4, above. |

| Claim 20 | Nichia NVSW219CT LED Package |
|---|---|
| 20. The packaged LED of claim 16, wherein at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including the metal base. | See evidence and analysis for claim 5, above. |

| Claim 22 | Nichia NVSW219CT LED Package |
|---|---|
| 22[Pre] A packaged LED for high temperature operation comprising: | The NVSW219CT is a packaged LED. The remainder of the preamble is not limiting. The NVSW219CT is a packaged LED for high temperature operation because it meets the structural limitations recited in claim elements 22[a]-22[e], as shown in further detail below. |
| 22[a] a metal base, the metal base including an underlying thermal connection pad and a pair of underlying electrical connection pads; | See evidence and analysis for claim limitation 7[a], above. |
| 22[b] a layer of electrically insulating material overlying the metal base; and | See evidence and analysis for claim limitation 7[b], above. Claim limitation 7[b] shows that the NVSW219CT contains a ceramic layer overlying the metal base. This ceramic material is electrically insulating. |
| 22[c] an LED having a pair of electrodes overlying the metal base, | See evidence and analysis for claim limitation 7[c], above. |
| 22[d] wherein the LED is thermally coupled through the metal base to the thermal connection pad and | See evidence and analysis for claim limitation 7[d], above. |
| 22[e] at least one electrode is electrically connected to at least one of the underlying electrical connection pads by an electrical path including an insulated conducting via through the metal base. | See evidence and analysis for claim limitation 7[e], above. |

| Claim 26 | Nichia NVSW219CT LED Package |
|---|---|
| 26. The packaged LED of claim 22, wherein the underlying electrical connection pads and the underlying thermal connection pad are coplanar to permit surface mounting on corresponding pads of a PC board. | See evidence and analysis for claim 11, above. |

| Claim 27 | Nichia NVSW219CT LED Package |
|---|---|
| 27[a] The packaged LED of claim 22, wherein the LED is mounted on the layer of electrically insulating material overlying the thermal connection pad and | See evidence and analysis for claim limitation 12[a], above.<br><br>Claim limitation 12[a] shows that the LED is mounted on a ceramic layer. This ceramic material is electrically insulating. |
| 27[b] the LED is thermally coupled by one or more thermal vias to the metal base overlying the thermal connection pad. | See evidence and analysis for claim limitation 12[b], above. |

| Claim 29 | Nichia NVSW219CT LED Package |
|---|---|
| 29. The packaged LED of claim 22, wherein at least one electrode of the LED is connected to one of the underlying electrical connection pads by an electrical path including the metal base. | See evidence and analysis for claim 14, above. |