<u>U.S. Patent No. 7,528,421</u>
<u>("'421 Patent")</u>

**Accused Products**

The Nichia NFSW757GT LED Package[1] ("NFSW757GT") infringes at least Claims 1-2, 6, and 10 of the '421 Patent.

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[pre]. A LED assembly adapted for surface mounting and high temperature operation, the LED assembly comprising: | The Nichia NFSW757GT is an LED assembly. The NFSW757GT is adapted for surface mounting and high temperature operation because it contains the structure and design recited in claim 1, as shown in further detail below.<br><br>External images of the top, bottom, and side views of the NFSW757GT package are shown below. **REDACTED** |

---

[1]Information in this chart is based on teardown analysis performed on behalf of LSG. Additional source material from the NFSW757GT Specification. *See* Nichia NFSW757GT Specification, http://www.nichia.co.jp/specification/products/led_spec/NFSW757GT-V3-E(5282A)R70%20R8000%20R9050.pdf.

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | # REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[a]. a thermally conducting base, wherein at least a portion of the thermally conducting base is substantially planar; | The NFSW757GT includes a thermally conducting base, wherein at least a portion of the thermally conducting base is substantially planar.<br><br>*"a thermally conducting base"*<br><br>The NFSW757GT includes a thermally conducting base, as shown in the below x-ray image of the product<br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

**PUBLIC VERSION**

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[b]. one or more electrically insulating layers overlying at least a portion of the planar portion of the thermally conducting base and defining a surface cavity, | ***"one or more electrically insulating layers"***<br><br>The NFSW757GT includes one or more electrically insulating, as shown below in the images of the product.<br><br><h1>REDACTED</h1> |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | ***"overlying at least a portion of the planar portion of the thermally conducting base"***<br><br>The electrically insulating layer in the NFSW757GT overlies at least a portion of the planar portion of the thermally conductive base, as shown in the images below.<br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | ***"one or more electrically insulating layers . . . defining a surface cavity"*** <br><br> The electrically insulating layer defines a surface cavity, as shown below. <br><br> REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
| | REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[c]. wherein the electrically insulating layers include one or more terminals; | The electrically insulating layer of the NFSW757GT identified above under claim limitation 1[b] includes one or more terminals. The electrically insulating layer includes a terminal, ▮▮▮▮▮▮▮▮▮▮▮ in the images below.<br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[d]. one or more LED die disposed at least partially within the surface cavity, | The NFSW757GT includes one or more LED die disposed at least partially within the surface cavity ███████████████ as shown in the images of the product below.<br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[e]. wherein the one or more LED die are in thermal contact with the planar portion of the thermally conducting base, and electrically connected to the one or more terminals of the one or more insulating layers, | ***"wherein the one or more LED die are in thermal contact with the planar portion of the thermally conducting base"***<br><br>The NFSW757GT includes one or more LED die that are in thermal contact with the planar portion of the thermally conducting base. As shown in the below images of the product, the LED die is located ▮▮▮▮, and in thermal contact with, the planar portion of <br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | ***"wherein the one or more LED die are . . . electrically connected to the one or more terminals of the one or more insulating layers"***<br><br>The NFSW757GT includes one or more LED die that are electrically connected to one or more terminals of the insulating layer.<br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[f]. wherein a bottom surface of the LED assembly includes a thermally conductive region in solderable thermal contact with the thermally conducting base, for spreading heat transmitted to the base from the one or more LED die; and | *"wherein a bottom surface of the LED assembly includes a thermally conductive region in solderable thermal contact with the thermally conducting base"*<br><br>The NFSW757GT contains a bottom surface that includes a thermally conductive region in solderable thermal contact with the thermally conducting base. As shown in the images below,<br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | The thermally conductive region at the bottom-most surface of the LED assembly is solderable. REDACTED |

---

[2] Nichia NFSW757GT Specification, at 11-12, http://www.nichia.co.jp/specification/products/led_spec/NFSW757GT-V3-E(5282A)R70%20R8000%20R9050.pdf.

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | *"for spreading heat transmitted to the base from the one or more LED die"*<br><br>The bottom surface of the NFSW757GT includes a thermally conductive region for spreading heat transmitted to the base from the LED die.<br><br>REDACTED |

---

³ Nichia NFSW757GT Specification, at 10, http://www.nichia.co.jp/specification/products/led_spec/NFSW757GT-V3-E(5282A)R70%20R8000%20R9050.pdf.

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| | REDACTED |

---

[4] *Id.*

| Claim 1 | Nichia NFSW757GT LED Package |
|---|---|
| 1[g]. further comprising an LED assembly mount selected from the group consisting of an electrically insulated fastener and a solderable bonding pad. | The NFSW757GT further includes an LED assembly mount selected from the group consisting of an electrically insulated fastener and a solderable bonding pad.<br><br>REDACTED |

| Claim 1 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | REDACTED                     |

---

[5] *Id.*

| Claim 2 | Nichia NFSW757GT LED Package |
|---|---|
| 2. The LED assembly of claim 1, wherein the thermally conductive region is an integral part of the thermally conducting base. | The NFSW757GT includes a thermally conductive region that is an integral part of the thermally conducting base.<br><br>REDACTED |

| Claim 2 | Nichia NFSW757GT LED Package |
|---------|------------------------------|
|         | A bottom-view image of the thermally conductive region is shown below.<br><br># REDACTED |

| Claim 6 | Nichia NFSW757GT LED Package |
|---|---|
| 6. The LED assembly of claim 1, wherein the thermally conducting base includes a metal base. | The NFSW757GT includes a thermally conducting base that includes a metal base, as shown below. ██████████████████████████████ REDACTED |

| Claim 10 | Nichia NFSW757GT LED Package |
|---|---|
| 10. The LED assembly of claim 1, wherein the one or more LED die are at least partially encapsulated within the cavity. | The NFSW757GT includes one or more LED die that are at least partially encapsulated within the cavity. ███████████████████ ███████ . REDACTED |